

# IN THE CIRCUIT COURT OF MCDONALD COUNTY, MISSOURI

| Judge or Division:<br>TIMOTHY WAYNE PERIGO | Case Number: 06MC-CV00117 | |
|---|---|---|
| Plaintiff/Petitioner:<br>TRI-STATE HDWE, INC<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MERL LYNN STANLEY Jr.<br>P O BOX 1626<br>JOPLIN, MO 64801 | (Date File Stamp) |
| Defendant/Respondent:<br>JOHN DEERE COMPANY | Court Address:<br>P.O BOX 157<br>PINEVILLE, MO 64856 | |
| Nature of Suit: CC Other Miscellaneous Actions | | |

## Summons for Service by Registered or Certified Mail

The State of Missouri to: JOHN DEERE COMPANY
Alias:

4401 BLAND ROAD, SUITE 200
RALEIGH, NC 27602



COURT SEAL OF
MCDONALD COUNTY

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

_Feb 10, 2006_      _Gene Hall_ _CW_
Date Issued      Clerk

Further Information:
**sent certified mail**

### Certificate of Mailing

I certify that on _Feb 10, 2006_ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent JOHN DEERE COMPANY by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

_Feb 10, 2006_      _Gene Hall_
Date      Clerk

By: _Cheryl Wimpey_
Deputy

For Court Use Only: Document ID # 06-SMCM-24

FILED
GENE HALL
FEB - 6 2006
CIRCUIT CLERK
McDONALD COUNTY MO

IN THE CIRCUIT OF MCDONALD COUNTY, MISSOURI
AT PINEVILLE

| | |
|---|---|
| TRI-STATE HDWE. INC., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 06MC-CV00117 |
| | ) |
| JOHN DEERE COMPANY, a Division of | ) |
| Deere & Company, | ) |
| | ) |
| Defendant. | ) |

## PETITION

Comes now plaintiff and for its cause of action against defendant, states as follows:

## COUNT I

## WRONGFUL TERMINATION

1. Plaintiff is a Missouri corporation authorized and doing business in the State of Missouri with its principal office located at 107 Main Street, South West City, McDonald County, Missouri.

2. Defendant is a foreign corporation with its principal office at 4401 Bland Road, Suite 200, Raleigh, North Carolina.

3. That plaintiff is a farm equipment dealer as set out in RSMo. § 407.838.

4. That defendant wrongfully terminated plaintiff's franchise.

5. That pursuant to RSMo. §407.848, plaintiff is entitled to judgment against defendant for damages for the unlawful termination and the cost of this action including a reasonable attorney fee.

6. That as a direct result of defendant's wrongful conduct, plaintiff has been damaged in that it has lost a valuable franchise that it had spent years and money

developing, has lost sales that would have been made and lost services that would have been performed if defendant had not breached RSMo. §407.838, and it will lose sales and income in the future because of defendant's wrongful termination.

## COUNT II

## BREACH OF CONTRACT

Comes now plaintiff and for Count II of its action against defendant, states as follows:

7. Plaintiff re-alleges each and every allegation set out in paragraphs 1 through 6 of Count I as if set out herein in haec verba.

8. Plaintiff had a contract with defendant under which plaintiff was a John Deere dealer authorized to sell and service John Deere products.

9. Under that agreement, defendant had an implied obligation of good faith and fair dealing.

10. Plaintiff performed all obligations required by the agreement.

11. Defendant breached the agreement by failing to timely supply plaintiff with merchandise, delivering inventory after the growing season had ended and by canceling orders placed by plaintiff.

12. That as a direct result of defendant's breach, plaintiff has been damaged in that it has lost a valuable franchise that it had spent years and money developing, has lost sales that would have been made and lost services that would have been performed, and will lose sales and income in the future.

## COUNT III

## INTERFERENCE WITH A BUSINESS EXPECTANCY

Comes now plaintiff and for Count III of its action against defendant, states as follows:

13. Plaintiff re-alleges each and every allegation set out in paragraphs 1 through 6 of Count I and paragraphs 7 though 12 of Count II as if set out herein in haec verba.

14. After defendant informed plaintiff it would terminate its franchise, plaintiff located several buyers for the franchise and its stock of merchandise.

15. The buyers were ready, willing and able to purchase plaintiff's franchise and merchandise for good and valuable consideration.

16. Plaintiff requested the defendant approve these sales.

17. Defendant knew the plaintiff had a business expectancy with the individuals but in restraint of trade, with bad motive and without justification, defendant refused to approve any of the sales, and moreover; would not even speak with other interested buyers.

18. That as a direct result of defendant's interference and refusal to approve these sales to ready, willing and able buyers, plaintiff has been damaged in that it was forced to sell its merchandise at an auction at a greatly discounted rate, and plaintiff received no money for the franchise it had spent years and money developing when defendant took the franchise away and awarded it to one of its own employees, therefore; plaintiff is entitled to lost profit for the sale of its franchise and merchandise and to punitive damages.

WHEREFORE, in addition to the actual damages suffered by plaintiff, plaintiff prays for judgment of punitive damages against defendant that will serve to deter defendant from like behavior in the future.

BLANCHARD, ROBERTSON, MITCHELL & CARTER, P.C.

By _____
Ron Mitchell, Bar No. 24031
M. Lynn Stanley, Jr., Bar No. 51840
320 West 4th Street, P. O. Box 1626
Joplin, MO 64802
(417) 623-1515

ATTORNEYS FOR PLAINTIFF

 **JOHN DEERE**

John Deere Company
11145 Thompson Ave., Lenexa, KS 66219 USA
Phone: 913-310-8848  Fax: 913-310-8875
E-mail: PhillipsWally@JohnDeere.com

**Wally Phillips**
Division Manager, Marketing

3ᴿᴰ YEAR LETTER

<u>CONFIDENTIAL</u>
**Certified Mail**
**Return Receipt Requested**

January 15, 2004

Tri-State Hardware Inc.
107 Main
South West City, Missouri 64863

Attention:  Mr. Charles Wolfe

Your market share performance for Oct. 2001 was 30.1% and Oct. 2002 was 18.2%.  Last year we discussed your historical market share was still unacceptable and established a minimum goal of 36.3% ending Oct. 2003.  Please consider this letter confirmation of your conversation, which took place with Ben Dohrmann, which showed your market share at 23.1% ending Oct. 2003.

Section 3 of the Dealer Agreement provides that the dealer's appointment as a John Deere Dealer may be cancelled "if the Company believes the dealer is not fulfilling the requirements of his appointment."  One of the requirements of your appointment as a John Deere dealer is set forth in Section 1 (d) of the Dealer Agreement.  That requirement states the dealer agrees "to achieve sales objectives and market share penetration within the dealer's area of responsibility satisfactory to the Company."

For fiscal year ending Oct. 2004 we expect Tri-State Hardware Inc. to achieve a minimum market share of 39.3%.  Failure to achieve these minimums and failure to maintain these increases may result in termination of your appointment as a John Deere dealer.

**EXHIBIT "1"**

This market share requirement is an absolute minimum as it is well below Branch, Division, or Territory market share averages achieved by our dealer organization. We want to assist and support your efforts to achieve the minimum market share requirements we have established. Please complete and implement your 2004 marketing plan with the support of your TM, AMPS & AMPSS.

We reserve the right to adjust market share requirements as we deem appropriate in light of future conditions.

Sincerely,

Wally Phillips
Division Manager, Marketing


cc:  Bob Timmons
     Larry Dow
     Doug Allen
     Brian Payne
     Bill Saxton
     Ben Dohrmann
     Jeremy Knuth
     Steve Cadman

Deere Confidential - For Internal Use Only - C&CE/AEM
Report: Model Summary
Current Tir Nov 1996 - Oct 1997
Product Fa 2wd Tractors < 80 Hp
State(s): Missouri

| State | Product | Model | Class Size Class | Current Time Period Nov 1996 - C | | | Previous Time Period Nov 1995 - | | | % Change | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Ind | Deere | Deere Shr | Ind | Deere | Deere Shr | Ind | Deere |
| Total | | | | 2,448 | 743 | 30.40% | 2,068 | 693 | 33.50% | 18.4 | 7.2 |
| MO | 2-Wheel Drive Tractors | | | 2,448 | 743 | 30.40% | 2,068 | 693 | 33.50% | 18.4 | 7.2 |
| | | 4010 4100 | < 20 | 423 | 117 | 27.70% | 373 | 87 | 23.30% | 13.4 | 34.5 |
| | | 790 4210 . 20 | < 30 | 765 | 200 | 26.10% | 633 | 200 | 31.60% | 20.9 | 0 |
| | | 990 4500/130 | < 40 | 307 | 68 | 22.10% | 243 | 54 | 22.20% | 26.3 | 25.9 |
| | | 4710 5105 40 | < 50 | 252 | 65 | 25.80% | 224 | 71 | 31.70% | 12.5 | -8.4 |
| | | 5303 5310 50 | < 60 | 232 | 99 | 42.70% | 177 | 73 | 41.20% | 31.1 | 35.6 |
| | | 5410 5420 60 | < 70 | 266 | 110 | 41.40% | 225 | 112 | 49.80% | 18.2 | -1.8 |
| | | 5510 5520 70 | < 80 | 203 | 84 | 41.40% | 193 | 96 | 49.70% | 5.2 | -12.5 |



**EXHIBIT "2"**

# SMPDS Whole Goods - US DOLLARS - Product Short Report

Organization: 057018 JOPLIN, MO    All Dealers    Product Groups: Commercial Products, Top Level Products    Not Sorted

Data updated: March 19, 2000



| Product | Month-to-Date MTD | LMTD | Diff | %Diff | Year-to-Date YTD | LYTD | Diff | %Diff | FYB9 | Rolling 12 (R52) Curr | Prev | %Diff | Inventory | Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| +* 5000/5/10/10N/00N | 0 | 0 | 0 | | 0 | 19,996 | -19,996 | | 19,996 | 0 | 41,552 | | 3 | 2 |
| **\*** TOTAL CUTTERS | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 4 |
| **\*** LOADERS | 0 | 0 | 0 | | 0 | 0 | 0 | | 2,207 | 2,207 | 1,142 | | 4 | 0 |
| COMM I ROTARY TILLER | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | | 1 | 0 |
| COMMERCIAL LOADERS | 0 | 0 | 0 | | 0 | 0 | 0 | | 2,925 | 2,925 | 4,292 | | 2 | 10 |
| ** COMPACT TRACTORS | 0 | 0 | 0 | | 0 | 0 | 0 | | 17,119 | 17,119 | 48,698 | | 7 | 14 |
| ** TOT COMMRCL VEH | 0 | 0 | 0 | | 0 | 11,111 | -11,111 | | 30,778 | 18,667 | 23,245 | | 6 | 3 |
| **FRNT MNT Z TRAK MWR | 0 | 0 | 0 | | 0 | 0 | 0 | | 6,259 | 6,259 | 0 | | 0 | 0 |
| *** COMM FM MOWERS | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 16,140 | | 3 | 0 |
| *** COMM W/B MOWERS | 0 | 0 | 0 | | 0 | 0 | 0 | | 1,761 | 1,761 | 3,225 | | 2 | 0 |
| TRACT ROTARY MOWERS | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | | 9 | 0 |
| COMM MAT COLLECT SYS | 0 | 0 | 0 | | 0 | 0 | 0 | | 0 | 0 | 0 | | 1 | 0 |
| Totals | 0 | 0 | 0 | | 0 | 31,107 | -31,107 | | 81,045 | 49,938 | 138,294 | | 38 | 33 |



Please forward comments to SMPDS Support
Help printing this document. Help exporting this document.
Copyright © 1998, 1999 Deere & Company. All rights reserved.

Return to Request    Help

Handwritten annotations:
- 1997  $17,522.00
- 1998  $107,187.00
- 1999  $81,045.00
- 2000  $ -0-

} COMMERCIAL SETTLEMENTS

**EXHIBIT "3"**


DEFENDANT'S EXHIBIT

FILED
GENE HALL.
FEB - 6 2006
CIRCUIT CLERK
McDONALD COUNTY MO

IN THE CIRCUIT OF MCDONALD COUNTY, MISSOURI
AT PINEVILLE

TRI-STATE HDWE. INC.,            )
                                 )
                 Plaintiff,      )
    vs.                          )   No. 06MC-CV00117
                                 )
JOHN DEERE COMPANY, a Division of)
Deere & Company,                 )
                                 )
                 Defendant.      )

NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

TO: JOHN DEERE COMPANY, a Division of Deere & Company,
    One John Deere Place, Moline, IL   61265

The enclosed summons, Petition, Request For Production, and Interrogatories are served pursuant to section 506.150 RSMo.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within thirty days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on which behalf you are

being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign the acknowledgment below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

I declare, under penalty of filing a false affidavit, that this Notice and Acknowledgment of Receipt of Summons, Petition, Request for Production and Interrogatories were mailed on February 3, 2006.

BLANCHARD, ROBERTSON, MITCHELL & CARTER, P.C.

By _____
Ron Mitchell, Bar No. 24031
M. Lynn Stanley, Jr., Bar No. 51840
320 West 4th Street, P. O. Box 1626
Joplin, MO 64802
(417) 623-1515

ATTORNEYS FOR DEFENDANTS

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND PETITION

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons, Petition, Request for Production, and Interrogatories in the above captioned matter.

_____
Signature

_____
Relationship To Entity/Authority
Receive Service of Process

_____
Date