# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| TRI-STATE HDWE. INC., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 06-5020-CV-SW-FJG |
| ) | |
| JOHN DEERE COMPANY, ) | |
| A Division of Deere & Company, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF 30(B)(6) DEPOSITION TO DEFENDANT

Please take notice that under Fed.R.Civ.R. 30(b)(6), plaintiff Tri-State Hardware, Inc. will take the deposition of defendant John Deere Company through one or more of its officers, directors, or managing agents, or other person(s) who consent to testify on its behalf, with respect to each of the subject matters listed below.

The deposition(s) will be by oral examination and videotaped before a Notary Public or other officer authorized by law to administer oaths. This testimony will be recorded by John M. Bowen & Associates. The deposition(s) shall be held beginning at 1:00 P.M. on Monday, August 27, 2007 at the offices of Lathrop & Gage, 2345 Grand, Suite 2800, Kansas City, Missouri, or at such other time and place as may be agreed upon by counsel. The deposition(s) will continue from day to day, excluding weekends and federal holidays, until completed.

BLANCHARD, ROBERTSON, MITCHELL & CARTER, P.C.

BY: /S/ RON MITCHELL
      RON MITCHELL, #24031
      M. LYNN STANLEY, JR., #51840
      320 W. 4TH ST., P.O. BOX 1626
      JOPLIN, MO 64802
      (417) 623-1515 (VOICE)
      (417) 623-6865 (FACSIMILE)

ATTORNEYS FOR PLAINTIFFS

Copy hereof faxed and mailed on
August 6, 2007, to:

*FACSIMILE 816-292-2001*
Mr. David T.M. Powell
Lathrop & Gage, L.C.
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108-2612


/s/ Ron Mitchell