# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

TRI-STATE HDWE., INC.,     )
            )
       Plaintiff, )
 vs.           ) Case No. 06-5020-CV-SW-FJG
            )
JOHN DEERE COMPANY,    )
A Division of Deere & Company,  )
            )
       Defendant. )

## PLAINTIFF'S STIPULATION AS TO THE IDENTITY
## AND AUTHENTICATION ONLY OF DEFENDANT'S EXHIBITS

Comes now Tri-State Hdwe. and stipulates to the identify and authentication only of

the following exhibits submitted by defendant John Deere:

|     |             |            |
|-----|-------------|------------|
| 1.  | Exhibit #1  | D 605-615  |
| 2.  | Exhibit #2  | D 164      |
| 3.  | Exhibit #3  | D 278      |
| 4.  | Exhibit #4  | D 646      |
| 5.  | Exhibit #5  | D 281      |
| 6.  | Exhibit #7  | D 2-13     |
| 7.  | Exhibit #9  | D 16-24    |
| 8.  | Exhibit #10 | D 25-35    |
| 9.  | Exhibit #11 | D 36-41    |
| 10. | Exhibit #12 | D 42-48    |
| 11. | Exhibit #13 | D 49-56    |
| 12. | Exhibit #14 | D 57-64    |
| 13. | Exhibit #15 | D 65-71    |
| 14. | Exhibit #17a| D 171      |
| 15. | Exhibit #17b| D 172-277  |
| 16. | Exhibit #18 | TID 1049-1080 |
| 17. | Exhibit #19 | TID 885-886|
| 18. | Exhibit #20 | D 286-287  |
| 19. | Exhibit #21 | TID 891-892|
| 20. | Exhibit #22 | TID 792-794|
| 21. | Exhibit #23 | TID 889-890|
| 22. | Exhibit #24 | TID 790-791|
| 23. | Exhibit #25 | TID 887-888|

24.     Exhibit #26a   TID 651-652
25.     Exhibit #26b   TID 666-669
26.     Exhibit #28    TID 782
27.     Exhibit #29    D 284
28.     Exhibit #31    TID 777
29.     Exhibit #33    TID 1792-1795
30.     Exhibit #35    D 297
31.     Exhibit #42    D 324-373 ONLY
32.     Exhibit #45    D 411-412
33.     Exhibit #46    D 415
34.     Exhibit #47    D 628-631
35.     Exhibit #48    D 505
36.     Exhibit #49    D 506-510
37.     Exhibit #50    D 511-519
38.     Exhibit #51    D 632-635
39.     Exhibit #52    D 636-645
40.     Exhibit #55    Mense 1-213

BLANCHARD, ROBERTSON, MITCHELL & CARTER, P.C.

BY:   /S/ M. LYNN STANLEY, JR.
        RON MITCHELL, #24031
        M. LYNN STANLEY, JR., #51840
        320 W. 4TH ST., P.O. BOX 1626
        JOPLIN, MO  64802
        (417) 623-1515 (VOICE)
        (417) 623-6865 (FACSIMILE)
        ATTORNEYS FOR PLAINTIFFS

A copy hereof electronically filed this 3rd day of
October, 2007.


/S/ M. Lynn Stanley, Jr.